# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCK LE BOUTEILLER,

    Plaintiff,

v.

COUNTRYWIDE KB HOMES, a COUNTRYWIDE MORTGAGE, LLC SERIES; BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A, *et al.*,

    Defendants.

Case No. 2:09-CV-01621-HDM-LRL

**ORDER**

    Currently pending before the Court is Plaintiff Frank Le Bouteiller's ("Plaintiff") Motion to Amend Complaint (#22). To date, no points or authorities have been filed in opposition to the Motion to Amend. Also before the Court is Defendants Countrywide KB Homes, Bank of America Home Loans, and Recontrust Company's ("Defendants") Motion to Dismiss (#7). Plaintiff filed a Response (#14) to the Motion to Dismiss, to which Defendants filed a Reply (#18).

    Rule 15(a)(2) provides that "[t]he court should freely give leave [to amend] when justice so requires," and when there is no "undue delay, bad faith[,] dilatory motive on the part of the movant . . . undue prejudice to the opposing party by virtue of . . . the amendment, [or] futility." Fed. R. Civ. P. 15(a); Foman v. Davis, 371 U.S. 178, 182, 222 (1962). Generally, leave to amend is only denied

when it is clear that the deficiencies of the complaint cannot be cured by amendment. See <u>DeSoto v. Yellow Freight Sys., Inc.</u>, 957 F.2d 655, 658 (9th Cir. 1992). As stated above, Defendants have failed to file any points or authorities in opposition to Plaintiff's Motion to Amend as allowed by LR 7-2(d). LR 7-2(d) provides that "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d).

Accordingly, Plaintiff's Motion to Amend is granted pursuant to Fed. R. Civ. P. 15, and LR 7-2(d). Additionally, because Defendants' Motion to Dismiss (#7) is based on the allegations of the original Complaint, said Motion is denied as moot.[1]

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint (#22) is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#7) is **DENIED** as moot.

DATED this 7th day of June 2010.

_____
Kent J. Dawson
United States District Judge

---

[1] In granting Plaintiff's Motion to Amend, the Court offers no comment as to whether Plaintiff's amended claims are sufficient to withstand dismissal or summary judgment.