# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCK LE BOUTEILLER,

    Plaintiff,

v.

COUNTRYWIDE KB HOMES, <u>et al.</u>,

    Defendants.

Case No. 2:09-CV-01621-KJD-LRL

**ORDER**

    Currently before the Court is Defendants' Motion to Dismiss (#28), filed August 25, 2010. Plaintiff who is representing himself in *propria persona*, did not file points and authorities in opposition to the dispositive motion as allowed by Local Rule 7-2(d), but instead, on October 1, 2010, filed a Motion (#30) to Extend Time to File Amended Complaint, Disqualify Counsel, Request for Judicial Intervention, Objection to Defendants' Request for Judicial Notice, and Objection to Defendants' Motion to Dismiss. Plaintiff specifically seeks until October 11, 2010, in which to file the listed prospective pleadings. To date however, Plaintiff has failed to file any additional pleadings.

    The Court cannot accept Plaintiff's Motion as an appropriate motion to amend pleadings under Local Rule 15-1, as no proposed amended pleading is attached to the Motion. Moreover, Plaintiff's additional requests are unsupported, and the date by which Plaintiff seeks to have filed any

other proposed pleadings has passed. However, as Motions filed by *pro per* litigants are to be liberally construed, <u>Balistreri v. Pacifica Police Dep't</u>, 901 F .2d. 696, 699 (9th Cir. 1988), the Court grants Plaintiff's Motion in part as to his request to file responsive pleadings to Defendants' dispositive Motion. Plaintiff's Motion is denied as to all other requests.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#30) is **GRANTED** in part and **DENIED** in part. The Motion is granted as to Plaintiff's request for extension of time to file a response to Defendants' Motion to Dismiss, and denied as to all other requests.

    **IT IS FURTHER ORDERED** that Plaintiff shall have up to and until November 1, 2010, in which to file a responsive pleading to Defendants' dispositive Motion. Failure to comply with this Order may result in granting of the Defendants' Motion.

    DATED this 27th day of October, 2010.

_____
Kent J. Dawson
United States District Judge

2