J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants Countrywide KB Homes, Bank of America, N.A. and Recontrust Company, N.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCK LE BOUTEILLER,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE KB HOMES, a COUNTRYWIDE MORTGAGE, LLC SERIES ET AL; BANK OF AMERICA NATIONAL ASSOCIATION; RECONTRUST COMPANY NATIONAL ASSOCIATION; et al.,<br><br>            Defendants. | Case:  2:09-cv-01621-HDM-LRL<br><br>ORDER |

   WHEREAS, on August 25, 2010, Defendants filed a Motion to Dismiss the First Amended Complaint ("Motion") [Dkt. #28]; and

   WHEREAS, this Court granted the Motion in part and denied in part, allowing Plaintiff an extension of time of up to and including November 1, 2010 within which to respond to said Motion [Dkt. #32]; and

   WHEREAS, no opposition has been filed.

   IT IS THEREFORE ORDERED that Defendants' Motion is granted with prejudice.

_____
U.S. DISTRICT JUDGE
DATED: 11/23/2010

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

498440