J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide KB Homes, Bank of America, N.A. and Recontrust Company, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCK LE BOUTEILLER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE KB HOMES, a COUNTRYWIDE MORTGAGE, LLC SERIES ET AL; BANK OF AMERICA NATIONAL ASSOCIATION; RECONTRUST COMPANY NATIONAL ASSOCIATION; et al.,<br><br>Defendants. | Case: 2:09-cv-01621-HDM-LRL<br><br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendants Countrywide KB Homes', Bank of America, N.A.'s, and ReconTrust Company N.A.'s ("Defendants") Motion to Dismiss on November 23, 2010, [DE 35].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Franck Le Bouteiller ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about August 3, 2009, in Book No. 20090803 as Instrument No. 000863 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this __11__ day of __January__, 2011

By_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: /s/ J. Christopher Jorgensen
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Attorneys for Defendants

EXHIBIT "A"

# EXHIBIT "A"

③

APN# 191-04-316-028

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Inst #: 200908030000863
Fees: $16.00
N/C Fee: $0.00
08/03/2009 10:28:14 AM
Receipt #: 356
Requestor:
F LEBOUTEILLER
Recorded By:   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Notice of Pendency of Action

**Recording Requested By:**
Franck Le Bouteiller

**Return Documents To:**
Name Franck Le Bouteiller
Address 17 Desert Palm Drive
City/State/Zip Las Vegas, NV 89183

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

| | |
|---|---|
| RECORDING REQUESTED BY AND WHEN RECORDED MAIL TO:<br><br>FRANCK LE BOUTEILLER<br>17 Desert Palm Drive<br>Las Vegas, Nevada 89183 | FILED<br><br>Aug 3  8 26 AM '09<br><br>CLERK OF THE COURT |

### DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| FRANCK LE BOUTEILLER,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE KB HOMES, A COUNTRYWIDE MORTGAGE, LLC SERIES; BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A.; and DOES I - X inclusive,<br><br>  Defendants. | Case No.: A-09-596500-C<br>Dept No.: XXIV<br><br>NOTICE OF PENDENCY OF ACTION<br><br>NRS 14.010 ET. SEQ. |

### NOTICE OF PENDENCY OF ACTION

Notice is given that the above-entitled action was filed in the above-entitled court on August 3, 2009 by FRANCK LE BOUTEILLER, plaintiff, against COUNTRYWIDE KB HOMES, A COUNTRYWIDE MORTGAGE, LLC SERIES; BANK OF AMERICA HOME LOANS; RECONTRUST COMPANY, N.A.; and DOES I - X inclusive, defendants. This action affects the title to a specific parcel of Real Property and the right to lawful possession of the same. The property location is: 17 Desert Palm Drive, Las Vegas, Nevada 89183 and more particularly described as:

Lot 35 of Terracina IV, as shown by map thereof on file in Book 126 of Plats, Page 11, in the Office of the County Recorder of Clark County,

Nevada.
APN: 191-04-316-028

and which is identified in the complaint in this action. The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are: (i) Unfair Lending Practices; (ii) Breach of Covenant of Good Faith and Fair Dealing; (iii) Misrepresentation; (iv) Negligence/Negligence Per Se; (v) Breach of Special/Fiduciary Relationship; (vi) Wrongful Foreclosure; (vii) Injunctive Relief; and (viii) Deceptive Trade Practices.

DATED: July 9, 2009

FRANCK LE BOUTEILLER

## ACKNOWLEDGMENT

State of Nevada }
          } ss.
County of Clark }

Before me, a notary public in and for the County of Clark, State of Nevada, personally appeared: FRANCK LE BOUTEILLER who upon satisfactory proof shown to me established that he is the party who signed the Notice of Pendency of Action.

Dated this _____ day of August 2009.

_____
Notary Public in and for said County and State

Notice of Pendency of Action

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

AUG 03 2009